# CASE ANNOUNCEMENTS

*May 14, 2013*

[Cite as *05/14/2013 Case Announcements*, 2013-Ohio-1963.]

## MOTION AND PROCEDURAL RULINGS

**In re Bozsik.**
On June 4, 2008, this court found Steven A. Bozsik to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Bozsik was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 9, 2013, Bozsik presented a "motion for leave to file proffered pleading."

It is ordered by the court that the motion for leave to file is denied.